UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: DOROTHY MARIE ROSEMAN  
518 NORTH PERRY STREET APT E2  
GREENVILLE, AL 36037

CASE NO: 15-33186-DHW

Soc. Sec. No. XXX-XX-9427  
Debtor.

## INCOME WITHHOLDING ORDER

TO: GGNSC ADMINISTRATIVE SERVICES  
ATTN PAYROLL  
1000 FIANNA WAY  
FORT SMITH, AR 72919

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that GGNSC ADMINISTRATIVE SERVICES withhold from the wages, earnings, or other income of this debtor the sum of **$135.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**  
**15-33186-DHW DOROTHY MARIE ROSEMAN**  
**P O BOX 613108**  
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, December 2, 2015 .

cc: Debtor  
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
_____  
Dwight H. Williams Jr.  
United States Bankruptcy Judge